

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



January 16, 2008

**BY HAND DELIVERY**

The Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. Jose Enrique Garcia Davalos,
              99 Cr. 1250 (RWS)

Dear Judge Sweet:

      The Government has been informed by Your Honor's deputy that the status conference scheduled for January 16, 2008, at 4:30 p.m., has been adjourned on consent of both the Government and defense counsel until February 14, 2008, at 4:30 p.m. The Government respectfully requests that the Court exclude time from January 16, 2008, until February 14, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the parties to continue discussions regarding a possible disposition of this case. Defense counsel consents to this request for the exclusion of time.

      Respectfully submitted,

So ordered
*/s/ RWS*
USDJ
1.18.08

MICHAEL J. GARCIA
United States Attorney

By: _____
Mark Lanpher
Assistant United States Attorney
(212) 637-2399

cc:    Bennett Epstein, Esq.