

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 11, 2008

**BY HAND DELIVERY**

The Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   <u>United States v. Jose Enrique Garcia Davalos</u>,
           99 Cr. 1250 (RWS)

Dear Judge Sweet:

      The Government has been informed by Your Honor's deputy that the status conference scheduled for February 14, 2008, at 4:30 p.m., has been adjourned on consent of both the Government and defense counsel until March 24, 2008, at 4:30 p.m. The Government respectfully requests that the Court exclude time from February 14, 2008, until March 24, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the parties to continue discussions regarding a possible disposition of this case. Defense counsel consents to this request for the exclusion of time.

                                  Respectfully submitted,

                                    MICHAEL J. GARCIA
                                   United States Attorney

                    By:   _____
                         Mark Lanpher
                         Assistant United States Attorney
                         (212) 637-2399

cc:   Bennett Epstein, Esq.

*[Stamps: RECEIVED FEB 13 2008 JUDGE SWEET CHAMBERS; USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 2/25/08]*

*[Signature: So ordered, Sweet USDJ, 2-20-08]*