84hzdavp                    Plea                1920                        1

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   -------------------------------x

3   UNITED STATES OF AMERICA,                    New York, N.Y.

4              v.                                 99 CR 1250 (RWS)

5   JOSE ENRIQUE GARCIA DAVALOS,

6              Defendant.                   RECEIVED
                                            APR 2 4 2008
7   -------------------------------x
                                            JUDGE SWEET CHAMBERS
8
                                            April 17, 2008
9                                           2:40 p.m.

10

11  Before:

12              HON. DEBRA C. FREEMAN,

13                                          Magistrate Judge

14                      APPEARANCES    USDC SDNY
                                       DOCUMENT
15  MICHAEL J. GARCIA                  ELECTRONICALLY FILED
        United States Attorney for the
16      Southern District of New York  DOC #:
    BY: MARK LAMPHER                   DATE FILED: 4/28/08
17      Assistant United States Attorney

18  BENNETT EPSTEIN
        Attorney for Defendant

19

20              *The recommendation*
21              *and plea are accepted*
22              *So ordered*
23                                      *USDJ*
24                                      *4.24.08*
25